DENNIS M. BROWN, Bar No. 126575
ERICA H. KELLEY, Bar No. 221702
NATHALIE A. LE NGOC, Bar No. 254376
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendants
SEARS, ROEBUCK AND CO.

ORIGINAL FILED

08 JUL -3 PM 2: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU ANN LOWENSTEIN,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 20, inclusive,

    Defendants.

Case No. C08 03237 PJH

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

(LOCAL RULE 3-16)

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Sears Holding Corp. is the parent corporation of Sears, Roebuck and Co.

Dated: July 3, 2008

DENNIS M. BROWN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SEARS, ROEBUCK AND CO.

Firmwide:85722862.1 053194.1005
DRAFT 7/1/08

Case No. CIV-473392

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION AND NOTICE OF INTERESTED PARTIES