| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | DENNIS M. BROWN, Bar No. 126575<br>ERICA H. KELLEY, Bar No. 221702<br>NATHALIE A. LE NGOC, Bar No. 254376<br>LITTLER MENDELSON<br>A Professional Corporation<br>50 West San Fernando Street<br>15th Floor<br>San Jose, CA 95113.2303<br>Telephone: 408.998.4150<br>Fax No.: 408.288.5686<br><br>Attorneys for Defendants<br>SEARS, ROEBUCK AND CO. | ORIGINAL<br>FILED<br><br>08 JUL -7 PM 3: 02<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA S.J. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOU ANN LOWENSTEIN,<br><br>               Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No. C08-03237-PJH<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. C08-03237-PJH [E-Filing]

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL

1  I, Page S. Bridges, certify and declare as follows:

2      I am a resident of the State of California, over the age of eighteen years, and not a party to
3  the within action. My business address is 50 West San Fernando Street, 15th Floor, San Jose,
4  California 95113-2303. On July 7, 2008, I served a copy of the Notice to State Court and Notice to
5  Plaintiff of Removal of Civil Action to Federal Court and the Certificate of Interested Parties to the
6  person(s) at the address(es) set forth below:

Neil Gieleghem
Law Offices of Neil Gieleghem
1801 Century Park, E., Suite 2300
Los Angeles, CA 90067

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 7, 2008.

_____
Page S. Bridges

Firmwide:85790985.1 053194.1005

Case No. C08-03237-PJH [E-Filing]

**CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL**