```
 1  DENNIS M. BROWN, Bar No. 126575
    ERICA H. KELLEY, Bar No. 221702
 2  NATHALIE A. LE NGOC, Bar No. 254376
    LITTLER MENDELSON
 3  A Professional Corporation
    50 West San Fernando Street
 4  15th Floor
    San Jose, CA  95113.2303
 5  Telephone:   408.998.4150
    Fax No.:     408.288.5686
 6
    Attorneys for Defendant
 7  SEARS, ROEBUCK AND CO.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOU ANN LOWENSTEIN,<br><br>        Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.  C08-03237-PJH<br><br>**DEFENDANT'S SUBMISSION TO COURT'S STANDING ORDER RE: REMOVED CASES** |

Pursuant to United States District Judge Phyllis J. Hamilton's Standing Order re: Removed Cases, Defendant hereby provides the following submission:

1. The only named and served Defendant to the action is Sears, Roebuck and Co. As such, no other Defendant was required to join in the removal.

2. Defendant Sears, Roebuck and Co. was served with the Complaint on June 5, 2008 and filed the Notice of Removal on July 3, 2008. As such, the Notice of Removal was filed less than thirty days after Defendant was served.

3. The action was removed on the ground of diversity jurisdiction. At the time of removal, the only named Defendant Sears, Roebuck and Co. was not and is not a citizen of the State of California.

Firmwide:85853603.1 053194.1005                                                    Case No. C08-03237-PJH

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEFENDANT'S SUBMISSION TO COURT'S STANDING ORDER RE: REMOVED CASES

4.  The action was removed on the ground of diversity jurisdiction. Defendant is informed and believes that Plaintiff was, at the time of commencing this action, and still is, a citizen and resident of San Mateo County, California. (Complaint ¶2.) Defendant was, and still is, a corporation incorporated under the laws of the State of New York with its principal place of business in the State of Illinois.

Dated: July 11, 2008

DENNIS M. BROWN
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Firmwide:85853603.1 053194.1005        2.        Case No. C08-03237-PJH

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S SUBMISSION TO COURT'S STANDING ORDER RE: REMOVED CASES