1  DENNIS M. BROWN, Bar No. 126575
   ERICA H. KELLEY, Bar No. 221702
2  NATHALIE A. LE NGOC, Bar No. 254376
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Fax No.:        408.288.5686
6
   Attorneys for Defendants
7  SEARS, ROEBUCK AND CO.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | LOU ANN LOWENSTEIN,                  | Case No.   C08-03237-PJH
13 |          Plaintiff,                  |
14 |     v.                               | **JOINT ADR STIPULATION**
15 | SEARS, ROEBUCK AND CO., a            |
   | corporation; and DOES 1 through 20,  | Trial Date: None
16 | inclusive,                           |
17 |          Defendants.                 |

18         The parties stipulate to participate in the following ADR process:

19 **Court Processes:**

20     ☐ Arbitration         ☐ Early Neutral Evaluation (ENE)         ☒ Mediation

21         The parties request that the mediator be familiar with the California and Federal
22 employment laws.

23         The parties agree to hold the ADR session by:

24         ☒      the presumptive deadline of 90 days.

25

26

27

28  \\SJODC\HOME$\pbridges\My                     1                           Case No. CIV-473392
    Documents\LOWENSTEIN JOINTADR
    STIPULATION.doc
                                       **JOINT ADR STIPUALTION**

1  Dated:   October 2, 2008

2

3                                         */s/ Dennis M. Brown*
DENNIS M. BROWN
LITTLER MENDELSON
4  A Professional Corporation
Attorneys for Defendant
5  SEARS, ROEBUCK AND CO.

6  Dated:   October 2, 2008

7                                         */s/ J. Neil Gieleghem*
J. NEIL GIELEGHEM
8  GIELEGHEM LAW FIRM
Attorneys for Plaintiff
9  LOU ANN LOWENSTEIN

10

11

12  IT IS SO ORDERED:

13

14  Dated:  _October 3_____, 2008

                                        THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Phyllis J. Hamilton)*

2.  Case No. CIV-473392

**JOINT ADR STIPUALTION**