1  DENNIS M. BROWN, Bar No. 126575
   ERICA H. KELLEY, Bar No. 221702
2  NATHALIE A. LE NGOC, Bar No. 254376
   LITTLER MENDELSON
3  A Professional Corporation
   50 West San Fernando Street
4  15th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150
   Fax No.:       408.288.5686
6
   Attorneys for Defendant
7  SEARS, ROEBUCK AND CO.

8  J. NEIL GIELEGHEM
   GIELEGHEM LAW FIRM
9  1801 Century Park East, Suite 2300
   Los Angeles, CA  90067
10 Telephone:     310.284.3252
   Fax No.:       310.284.3253
11
   Attorney for Plaintiff
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16 | LOU ANN LOWENSTEIN,              | Case No.   C08-03237-PJH
17 |            Plaintiff,            |
18 |       v.                         | **JOINT STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**
19 | SEARS, ROEBUCK AND CO., a        |
   | corporation; and DOES 1 through 20,|
20 | inclusive,                       |
21 |            Defendants.           |

22         Pursuant to Judge Hamilton's Civil Standing Orders and Local Rule 16-2(e), Plaintiff
23 LOU ANN LOWENSTEIN ("Plaintiff") and Defendant SEARS, ROEBUCK AND CO.
24 ("Defendant") hereby stipulate to continue the Initial Case Management Conference.  This is the first
25 requested continuance in this case.
26         The Initial Case Management Conference was continued by the Court to October 30,
27 2008 at 2:30 p.m.  Trial Counsel for Defendant is unavailable on that date due to a Readiness
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Firmwide:86987326.1 053194.1005                                  Case No. C08-03237-PJH
                    JOINT STIPULATION TO CONTINUE INITIAL CMC

1  Conference before trial set that same day in Santa Rosa at 3:15 p.m. in Department 21.  Defendant's
2  trial counsel will be in trial in Sonoma County beginning on November 7, 2008.
3          The Parties understand that the Court holds Case Management Conferences on
4  Thursdays at 2:30 p.m.
5          The parties request that the Court grant the proposed order continuing the Initial Case
6  Management Conference and all related dates until **November 6, 2008 at 2:30 p.m.**, or such other
7  date as the Court deems appropriate.  The Initial Joint Casement Management Statement and Rule
8  26(f) Report shall also be continued such that it shall be filed no later than **October 30, 2008**.
9          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 13, 2008

                          */s/Erica H. Kelley*
                          DENNIS M. BROWN
                          ERICA H. KELLEY
                          NATHALIE LE NGOC
                          LITTLER MENDELSON
                          A Professional Corporation
                          Attorneys for Defendant
                          SEARS, ROEBUCK AND CO.

Dated: October 13, 2008

                          */s/Neil Gielehgem*
                          NEIL GIELEHGEM
                          GIELEGHEM LAW OFFICE
                          A Professional Corporation
                          Attorney for Plaintiff
                          LOU ANN LOWENSTEIN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _October 20_, 2008

                          Hon. [Jeffrey S. White] Hamilton
                          for Phyllis J. Hamilton

(APPROVED — Judge Jeffrey S. White, United States District Court, Northern District of California)