UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU ANN LOWENSTEIN,

    Plaintiff,

    v.

SEARS ROEBUCK AND CO.,

    Defendant.
_____/

No. C 08-3237 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion to Compel Further Interrogatory Responses, and for all further discovery.

    The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record