United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOU ANN LOWENSTEIN,

    Plaintiff,

    v.

SEARS ROEBUCK AND COMPANY,

    Defendant.
_____/

No. C 08-3237 PJH

**JUDGMENT**

    This matter having been fully considered, and the court having granted the motion of defendant Sears Roebuck and Company for summary judgment,

    It is Ordered and Adjudged

    that plaintiff Lou Ann Lowenstein take nothing, and that the action be dismissed.

Dated: February 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge